**STATE of Missouri, Respondent,**

v.

**Theodore S. WILLIAMS, Appellant.**

No. WD 49169.

Missouri Court of Appeals,
Western District.

Aug. 29, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 3, 1995.

Application to Transfer Denied
Nov. 21, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

## *ORDER*

PER CURIAM:

Theodore Williams appeals from his conviction for tampering, § 569.080, RSMo1994, for which he was sentenced as a prior and persistent offender to a term of fifteen years imprisonment. Williams presents two points in this appeal claiming: (1) that the evidence was insufficient in that it did not establish that he knowingly possessed a 1988 Buick without the consent of its owner; and (2) that the trial court erred in allowing a witness to testify that she thought Williams had stolen some merchandise from her store because such evidence is evidence of an uncharged crime.

The judgment is affirmed. Rule 30.25(b).